# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO, CALIFORNIA

| | | |
|---|---|---|
| THOMAS LEE GUTZMAN, | ) | 1:08-cv-1917 OWW-GSA |
| | ) | |
| Plaintiff, | ) | ORDER DIRECTING CLERK OF THE COURT TO REDESIGNATE CASE AS A PRISONER CASE |
| v. | ) | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS et al., | ) | |
| Defendants. | ) | |

On November 21, 2008, Plaintiff, Thomas Lee Gutzman appearing pro se, filed a motion to proceed in forma pauperis while this case was pending in the Sacramento Division of the United States District Court, Eastern District of California. Subsequently, on December 15, 2008, this case was transferred to the Fresno Division of the United States District Court, Eastern District of California. This court granted Plaintiff's application to proceed in forma pauperis on January 6, 2009. (Doc. 5).

Plaintiff has filed the this civil rights action pursuant to 42 U.S.C. § 1983 alleging constitutional violations concerning conditions of confinement while he was incarcerated at Pleasant Valley State Prison. As such, the case should be designated a prisoner case.

1  Based on the foregoing, the Clerk of the Court is directed to :

2  1. Change the designation of the present action to reflect that of a prisoner case; and

3  2. Send a notice of the new case number to the plaintiff in this action.

4  IT IS SO ORDERED.

5  Dated: **January 26, 2009**          /s/ **Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE